No. 403.   GRIMES ET AL. *v.* HEINZE, WARDEN.   November 13, 1945.   Petition for writ of certiorari to the Supreme Court of California denied.

No. 478.   RUSNAK *v.* ILLINOIS.   November 13, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 485.   MITCHELL *v.* RAGEN, WARDEN.   November 13, 1945.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 488.   HAWKINS *v.* RAGEN, WARDEN.   November 13, 1945.   Petition for writ of certiorari to the Supreme Court of Illinois denied.